UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ACE INSURANCE LTD.                                :

            Plaintiff,                                   :

  -  against –                                          :     07 Civ. 7920 (DAB)
                                                          **ECF CASE**

DART EXPRESS (S) PTE LTD.             :
                                                          **RULE 7.1**
            Defendant.                               :     **DISCLOSURE STATEMENT**

                                                          :
-------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a nongovernmental party discloses that the following are the parent corporations of the subrogated cargo insurers and the publicly held corporations that own 10% or more of the party's stock:

                         ACE LTD.
                         ACE-INA International Holdings Ltd.
                         ACE-INA Overseas Holdings Inc.

Date:  New York, New York
         September 7, 2007
                                    *s/David L. Mazaroli*

                                _____
                               David L. Mazaroli (DM 3929)
                               Attorney for Plaintiff
                               11 Park Place - Suite 1214
                               New York, New York 10007
                               Tel.: (212)267-8480
                               Fax.: (212)732-7352
                               E-mail: dlm@mazarolilaw.com
                               File No.: 7G-1445