

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ACE INSURANCE LTD. <br><br> Plaintiff, <br><br> -V- <br><br> DART EXPRESS (S) PTE LTD. <br> Defendants. | **CERTIFICATE OF MAILING** <br><br><br> 07CIV7920 (DAB) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**14ᵀᴴ Day of September, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**7ᵗʰ Day of September, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

<u>RE 296 015 441 US</u>

*J. Michael McMahon*
CLERK

Dated: New York, NY

LAW OFFICES
# DAVID L. MAZAROLI
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

September 11, 2007

Clerk of the Court
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

td.
) Pte Ltd.
B)
5

Complaint on the below named
ederal Rules of Civil Procedure, by

Very truly yours,

David L. Mazaroli
dlm@mazarolilaw.com

[Receipt for Registered Mail — PS Form 3806]

Registered No. RE296015441JS
Reg Fee $10.15
Handling Charge $0.00
Postage $1.80
Return Receipt $2.15
Restricted Delivery $0.00
Date Stamp 09/14/07
Customer Must Declare Full Value S$0.01

FROM: DAVID L. MAZAROLI
11 PARK PLACE
SUITE 1214
NEW YORK, NEW YORK 10007

TO: PAPER EXPRESS (S) PTE LTD
66 LOYANG STREET
SINGAPORE 508756