UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: DAVID MAZAROLI - 128

ACE INSURANCE LTD

Plaintiff(s)

Index #: 07 CIV 7920

- against -

Date Filed:

DART EXPRESS(S) PTE LTD

Defendant(s)

**AFFIDAVIT OF SERVICE**

Attorney File #1: 7G-1445

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CECIL HOLLOWAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 10, 2007 at 03:46 PM at

C/O DART EXPRESS (NYC) INC.
177-14 149TH ROAD
JAMAICA, NY 11434

deponent served the within true copy of the SUMMONS & COMPLAINT on DART EXPRESS(S) PTE LTD, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. ALOK ARORAM personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 40 | 5'7 | 150 |
| MUSTACHE | | | | | |

MAZAROLI
NOV 29 2007
LAW OFFICE

Sworn to me on: November 26, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

CECIL HOLLOWAY
License #: 1104105
Docket #: 521129