UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ACE INSURANCE LTD.,                           :
                                              :
                Plaintiff,           :
                                              :         Civil Action No.
                v.                   :         07 Civ. 7920 (SAS) (DFE)
                                              :
DART EXPRESS (S) PTE LTD.,                    :
                                              :
                Defendant.           :
                                              :         **ANSWER OF DEFENDANT**
                                              :         **DART EXPRESS (S) PTE LTD.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant DART EXPRESS (S) PTE LTD. ("DART"), upon information and belief, certifies that there is no parent corporation of DART and no publicly held corporation holds 10% or more stock of DART.

Dated: New York, New York
       January 31, 2008

                                            CONDON & FORSYTH LLP

                                            By_____
                                              Stephen J. Fearon (SF 8740)
                                          7 Times Square
                                          New York, New York 10036
                                          (212) 490-9100
                                          Attorneys for Defendant
                                          DART EXPRESS (S) PTE LTD.